IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAN MIGUEL HOSPITAL CORPORATION,
d/b/a ALTA VISTA REGIONAL HOSPITAL,
on behalf of itself and all others similarly situated,

    Plaintiff,

v.                                                       Case No. 1:25-cv-01010-MLG-DLM

RICHARD SACKLER, DAVID SACKLER,
MORTIMER D.A. SACKLER, KATHE
SACKLER, ILENE SACKLER LEFCOURT,
THERESA SACKLER, GARRETT LYNAM, AS
EXECUTOR OF THE ESTATE OF JONATHAN
SACKLER, RICHARD SACKLER AND DAVID
SACKLER, AS CO-EXECUTORS OF THE
ESTATE OF BEVERLY SACKLER, and
RICHARD SACKLER AND DAVID SACKLER
AS CO-EXECUTORS OF THE ESTATE OF
RAYMOND SACKLER,

    Defendants.

## SUA SPONTE ORDER COMPELLING DEFENDANTS' RESPONSE TO CLASS PLAINTIFF'S MOTION TO CERTIFY THE SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENTS

    This matter is before the Court on Class Plaintiff's November 12, 2025, Agreed Motion to Certify the Settlement Class for Settlement Purposes, Preliminarily Approve Class Action Settlement, Approve Form and Manner of Notice, and Set Date for Final Fairness Hearing. Doc. 18. Although the title of the motion suggests some type of agreement, it is unclear to the Court whether an agreement was reached between the proposed Settlement Class and the Defendants Sackler[1], or if the agreement was solely between representatives of the Settlement Class. Other

---

[1] Richard S. Sackler, David A. Sackler, Ilene Sackler Lefcourt, Mortimer D.A. Sackler, Kathe Sackler, the estate of Jonathan Sackler by and through its executor Garrett Lynam, the estate of

1

than the motion's ambiguously worded title, nowhere in San Miguel Hospital Corporation's 425-page filing is there any indication of the Defendants' positions on its requests or representations. Rule 7.1 of the Local Rules of Civil Procedure dictates, "[m]ovant must determine whether a motion is opposed" before filing it with the Court, "and a motion that omits recitation of a good-faith request for concurrence may be summarily denied." D.N.M.LR-Civ. 7.1(a). As such, the Court requests a response from the Defendants Sackler within fourteen (14) calendar days of this order indicating concurrence or opposition.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

---

Raymond Sackler by and through its executors Richard Sackler and David Sackler, and the estate of Beverly Sackler, by and through its executors Richard Sackler and David Sackler.