# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SAN MIGUEL HOSPITAL CORPORATION,  § 
d/b/a/ ALTA VISTA REGIONAL  § 
HOSPITAL, on behalf of itself and all others  § 
similarly situated,  § 

§ **Case No. 1:25-cv-1010-MLG-DLM**

§
Plaintiff,  §

§
v.  §

§

§

§
RICHARD SACKLER, et al.  §

§
Defendants.  §

§

# ENTRY OF APPEARANCE

COME NOW Elizabeth M. Piazza and Clinton E. Dow of the law firm of Gentile Piazza &

Junker P.C. and hereby enter their appearance in this case on behalf of Defendants Richard

Sackler; David Sackler; Garrett Lynam, as Executor of the Estate of Jonathan Sackler; Richard

Sackler and David Sackler, as Co-Executors of the Estate of Beverly Sackler; and Richard

Sackler and David Sackler, as Co-Executors of the Estate of Raymond Sackler, Mortimer D.A.

Sackler; Kathe Sackler; Ilene Sackler Lefcourt; and Theresa Sackler in the above captioned case.

2

GENTILE PIAZZA & JUNKER P.C.


By ___*/s/ Clinton E Dow*_____
Elizabeth M. Piazza
Clinton E. Dow
P.O. Box 36120
Albuquerque, NM 87175-6120
(505) 823-2300
Elizabeth@gpjlegal.com
cdow@gpjlegal.com
*Attorneys for Defendants Richard S. Sackler; Richard S. Sackler and David A. Sackler, as Co-Executors of the Estate of Beverly Sackler; David A. Sackler; Garrett Lynam, as Executor of the Estate of Jonathan D. Sackler; and Richard S. Sackler and David A. Sackler, as Co-Executors of the Estate of Raymond Sackler, Mortimer D.A. Sackler; Kathe Sackler; Ilene Sackler Lefcourt; and Theresa Sackler*

I HEREBY CERTIFY that on the 20th day of November 2025, I filed the foregoing Entry of Appearance electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*All Counsel of Record*


*/s/ Clinton E Dow*_____
Clinton E. Dow

SB/5290.205/Documents/Pleadings/EOA/jmt

2