IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a/ ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD SACKLER, et al.<br><br>Defendants. | Case No. 1:25-cv-1010-MLG-DLM |

*PRO HAC VICE* CERTIFICATION OF GOOD STANDING
OF ALEXANDER B. LEES

Pursuant to D.N.M. LR-Civ. 83.3, Gentile Piazza & Junker P.C. (Elizabeth M. Piazza and Clinton E. Dow), members of the Federal Bar of this District, certify that Alexander B. Lees is an attorney in good standing in the Bar of the State of New York and will associate with undersigned counsel to represent Defendants Richard Sackler; David Sackler; Garrett Lynam, as Executor of the Estate of Jonathan Sackler; Richard Sackler and David Sackler, as Co-Executors of the Estate of Beverly Sackler; and Richard Sackler and David Sackler, as Co-Executors of the Estate of Raymond Sackler in this matter. Mr. Lees's contact information is listed below:

    Alexander B. Lees
    New York Bar No. 4481685
    **Milbank LLP**
    55 Hudson Yards
    New York, NY 10001
    Phone: (212) 530-5161
    Fax: (212) 530-5219
    Email: alees@milbank.com

Respectfully submitted,

GENTILE PIAZZA & JUNKER P.C.


By:   */s/ Clinton E. Dow*
     Elizabeth Piazza
     Clinton E. Dow
     P.O. Box 36120
     Albuquerque, NM 87176
     Telephone: (505) 823-2300
     Email: elizabeth@gpjlegal.com
     cdow@gpjlegal.com


*and*

Alexander B. Lees, Esq.\*
Katherine Kelly Fell, Esq.\*
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5300
Fax: (212) 530-5219
Email: alees@milbank.com
kfell@milbank.com

*Attorneys for Defendants Richard Sackler; David Sackler; Garrett Lynam, as Executor of the Estate of Jonathan Sackler; Richard Sackler and David Sackler, as Co-Executors of the Estate of Beverly Sackler; and Richard Sackler and David Sackler, as Co-Executors of the Estate of Raymond Sackler*

\*Seeking *pro hac vice* admission

2

I HEREBY CERTIFY that on the 20th day of November 2025, I filed the foregoing *Pro Hac Vice* Certification of Good Standing of Alexander B. Lees electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*All Counsel of Record*

  /s/ *Clinton E. Dow*
Clinton E. Dow

SB/5290.205/Documents/Pleadings/COG Lees/jmt

3