## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

|  |  |  |
|---|---|---|
| SAN MIGUEL HOSPITAL CORPORATION, d/b/a/ ALTA VISTA REGIONAL HOSPITAL, on behalf of itself and all others similarly situated, | § § § § § | **Case No. 1:25-cv-1010-MLG-DLM** |
| Plaintiff, | § § | |
| v. | § § | |
| RICHARD SACKLER, et al. | § § § | |
| Defendants. | § § § | |

## DEFENDANTS' RESPONSE AND CONCURRENCE

COME NOW Defendants Richard Sackler, David Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Theresa Sackler, Garrett Lynam as Executor of the Estate of Jonathan Sackler, Richard Sackler and David Sackler as Co-Executors of the Estate of Beverly Sackler, and Richard Sackler and David Sackler as Co-Executors of the Estate of Raymond Sackler (collectively, "Defendants") hereby submit their Response and Concurrence (the "Response") to Plaintiff's November 12, 2025, Agreed Motion to Certify the Settlement Class for Settlement Purposes, Preliminarily Approve Class Action Settlement, Approve Form and Manner of Notice, and Set Date for Final Fairness Hearing. ECF No. 18. In support of the Response, Defendants state the following:

      1.      On November 12, 2025, Plaintiff filed the Agreed Motion to Certify the Settlement Class for Settlement Purposes, Preliminarily Approve Class Action Settlement, Approve Form and Manner of Notice, and Set Date for Final Fairness Hearing. ECF No. 18.

2.      On November 19, 2025, this Court entered its Sua Sponte Order Compelling Defendants' Response to Class Plaintiff's Motion to Certify the Settlement Class and Preliminary Approval of the Proposed Settlements.  ECF No. 19.

3.      Defendants hereby stipulate to and concur with Plaintiff's November 12, 2025, Agreed Motion to Certify the Settlement Class for Settlement Purposes, Preliminarily Approve Class Action Settlement, Approve Form and Manner of Notice, and Set Date for Final Fairness Hearing (ECF No. 18) and respectfully request that the Court enter the proposed order set forth at Exhibit D to the Class Action Settlement Agreement (ECF No. 18-2).

Respectfully submitted,

GENTILE PIAZZA & JUNKER P.C.


By: */s/ Clinton E. Dow*                              
    Elizabeth M. Piazza
    Clinton E. Dow
    P.O. Box 36120
    Albuquerque, NM 87176
    (505) 823-2300
    Email: elizabeth@gpjlegal.com
    cdow@gpjlegal.com

    Alexander B. Lees (*pro hac vice* forthcoming)
    Katherine Kelly Fell (*pro hac vice* forthcoming)
    **MILBANK LLP**
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Fax: (212) 530-5219
    Email: alees@milbank.com
    kfell@milbank.com

    *Attorneys for Defendants Richard Sackler, David Sackler, Garrett Lynam as Executor of the Estate of Jonathan Sackler, Richard Sackler and David Sackler as Co-Executors of the Estate of Beverly Sackler, and Richard Sackler and David Sackler as Co-Executors of the Estate of Raymond Sackler*

Maura K. Monaghan (*pro hac vice* forthcoming)
Jacob W. Stahl (*pro hac vice* forthcoming)
**DEBEVOISE & PLIMPTON LLP**
Telephone: (212) 909-6000
Fax: (212) 909-6836
66 Hudson Boulevard
New York, NY 10001
Email: mkmonaghan@debevoise.com
jwstahl@debevoise.com

*Attorneys for Defendants Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, and Theresa Sackler*

I HEREBY CERTIFY that on the 20th day of November 2025, I filed the foregoing Entry of Appearance electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*All Counsel of Record*

/s/ Clinton E. Dow
_____

Clinton E. Dow

SB/5290.205/Documents/Pleadings/Response and Concurrence/jmt