**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**MINUTE SHEET**
**BEFORE THE HONORABLE MATTHEW L. GARCIA**

*Motion Hearing*

| | | | | | |
|---|---|---|---|---|---|
| *CV No:* | *CV 25-1010 MLG-DLM* | *Date:* | *July 15, 2026* | | |
| *Caption:* | *San Miguel Hospital Corporation v. Sackler, et al* | | | | |
| *Clerk:* | *E. Romero* | *Court Reporter:* | *R. Brazil* | *Courtroom:* | *Cimarron* |
| *Time In:* | *1:00* | *Time Out:* | *2:26* | *Total Time:* | 1 hour 11 minutes |
| *Court's Ruling/Disposition:* | | *Court will approve settlement and issue an order* | | | |

| *Attorney(s) Present for Plaintiff(s):* | *Attorney(s) Present for Defendant(s):* |
|---|---|
| *John Barrett, Chris Dodd and Michael O'Neil* | *Clinton Dow and Katherine Fell* |

**PROCEEDINGS**

1:00 Court in session; Parties state appearances.

Mr. Barrett addresses Court.

Mr. O'Neil addresses Court and suggests additional briefing could be provided to outline fees.

Mr. Barrett answers Court's questions.

Mr. Dodd addresses Court.

Ms. Fell responds. Requests Court approve the settlement. Takes no position on fees issue.

2:02 Court in recess

2:17 Court in session.

Mr. Dodd addresses Court re: fees.

Parties have nothing to add.

Court will issue an order approving the settlement.

2:30 Court is adjourned.